UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CITIBANK (South Dakota) N.A.,

            **Plaintiff,**

      v.                                    Civil No.: 04-6098-TC

B.F. GILBERT,

            **Defendant.**

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on August 1, 2005, to show cause in writing by August 22, 2005, why this action should not be dismissed for failure to prosecute and failure to file a pretrial order. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: August 25, 2005.

                                  _____
                                  United States Magistrate Judge