IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CITIBANK (South Dakota)N.A., )
                              )
            Plaintiff,        )
                              )  Civil No. 04-6098-TC
    v.                        )
                              )  ORDER
B.F. GILBERT,                 )
                              )
            Defendants.       )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on August 25, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

DATED THIS 8th day of September, 2005.

Michael C. Hogan
UNITED STATES DISTRICT JUDGE